# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

NILO GUIMARAES

    Plaintiff,

v.                                Case No. 3:13-cv-1178

BANK OF AMERICA, N.A.

    Defendant.

_____/

## AGREED ORDER GRANTING MOTION TO DISMISS

The Court, having been advised the Parties have reached an agreement upon Defendant's Motion to Dismiss, as evidenced by the signatures of counsels below, upon careful consideration of the record, and being otherwise duly advised in the premises hereby **GRANTS** Defendant's Motion to Dismiss, with leave to amend, and **ORDERS** that:

- Plaintiffs shall have thirty (30) days to serve their amended Complaint.

- Defendant shall serve its response to the Amended Complaint within thirty (30) days after service of it.

                                          _/s/ Todd Campbell_____
                                          TODD J. CAMPBELL, JUDGE

                                          DATE:_____

APPROVED FOR ENTRY:

/s/H. Frederick Humbracht (with permission)

H. Frederick Humbracht (No. 2993)
BRADLEY ARANT BOULT CUMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone:     (615) 252-2371
Facsimile:     (615) 252-6371
rhumbracht@babc.com
**Attorney for Defendant, Bank of America, N.A.**


/s/Todd G. Cole

Todd G. Cole
COLE LAW GROUP
9005 Overlook Blvd.
Brentwood, Tennessee 37027
Telephone:     (615) 236-1515
Facsimile:     (888) 615-4955
tcole@colelawgroup.us
**Attorney for Plaintiff, Nilo Guimaraes**