IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NILO GUIMARAES )
)
v. ) NO. 3-13-1178
) JUDGE CAMPBELL
BANK OF AMERICAN )
CORPORATION, N.A. )

ORDER

Pending before the Court is Defendant's Motion to Dismiss Amended Complaint (Docket No. 18). For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE