UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NILO GUIMARAES                )
                              )
v.                            )        NO. 3:13-1178
                              )        JUDGE CAMPBELL
BANK OF AMERICA CORP., N.A.   )

ORDER

The Court is in receipt of a Stipulation of Dismissal With Prejudice (Docket No. 26) indicating the parties have settled this action. Accordingly, the Clerk is directed to close the file. The pretrial conference scheduled February 13, 2015, and the trial scheduled for February 24, 2015, are cancelled.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE